**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00002 |
| | ) | Judge Trauger |
| TRACY DION PAYNE | ) | |
| | ) | |

# O R D E R

A continuation of the revocation proceeding in this case was held on March 11, 2013.

After hearing testimony and argument, the court finds Violations 1, 2, 3, 6, 9 and 10 of the

Superseding Petition (Docket No. 69) **ESTABLISHED**.  It is hereby **ORDERED** that the

defendant's supervised release is **REVOKED**, and he is sentenced to serve six (6) months in the

custody of the Bureau of Prisons, to be followed by two (2) additional years of supervised

release under the same conditions plus this additional condition:

> The defendant shall not associate with children under the age of 18 nor frequent,
> volunteer, or work at places where children under the age of 18 congregate (e.g.,
> playgrounds, parks, malls, day-care centers or schools) unless he has received
> prior approval from his Probation Officer.

It is further **ORDERED** that the defendant shall self-report to the United States

Marshal's Office, Estes Kefauver Federal Building, 110 9th Avenue South, Suite A-750,

Nashville, Tennessee, by 2:00 p.m. on Monday, April 8, 2013, to begin the service of his custody

sentence.

It is so **ORDERED**.

ENTER this 11th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge