PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Tracy Dion Payne         Case Number: 3:07-00002

Name of Judicial Officer: Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: November 29, 2007

Original Offense: 18 U.S.C. §922(g)(1) & 18 U.S.C. §924, Convicted Felon In Possession of Firearm

Original Sentence: 63 months' custody and 3 years' supervised release

Date of Revocation Sentence: March 11, 2013

Revocation Sentence: 6 months' custody followed by 2 years' supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: October 1, 2013

Assistant U.S. Attorney: Clay Lee         Defense Attorney: Barry Tidwell

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 19th day of Nov., 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Donna Jackson
U.S. Probation Officer

Place         Nashville, Tennessee

Date          November 18, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>　　<u>Nature of Noncompliance</u>

1.　　**The defendant shall not commit another federal, state or local crime.**

Mr. Payne was issued a citation on October 27, 2013, for Driving on a Suspended License. The probation officer met with Mr. Payne on October 31, 2013, at the probation office. Mr. Payne reported the contact with law enforcement on October 27, 2013. The probation officer discussed with Mr. Payne the need to obtain a valid driver's license and encouraged him to check on beginning the slow pay process through the state. Mr. Payne was instructed to not drive without a valid license. Mr. Payne was arrested on November 5, 2013, for Driving on a Suspended License, 2nd Offense or Greater.

**Compliance with Supervision Conditions and Prior Interventions:**

Other than the violation behavior listed above, the offender has been otherwise compliant with all standard and special conditions of supervision. Mr. Payne is currently attending sex offender specific treatment with Dr. Donna Moore.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

Assistant United States Attorney Clay Lee has been consulted and concurs with this recommendation.

Approved: _____
　　　　　　Britton Shelton
　　　　　　Supervisory U.S. Probation Officer