# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00002 |
| | ) | Judge Trauger |
| TRACY DION PAYNE | ) | |
| | ) | |

## O R D E R

A revocation hearing was held on August 18, 2014. Upon agreement of the parties, it is hereby **ORDERED** that the defendant shall undergo a mental health evaluation, and this matter is **CONTINUED** for further hearing on October 20, 2014 at 11:00 a.m.

It is so **ORDERED**.

ENTER this 18th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge