# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:07-00002 |
| ) | Judge Trauger |
| TRACY DION PAYNE ) | |

## O R D E R

A hearing was held on October 22, 2014 on the Petition to Revoke Supervision (Docket No. 77). After the evidentiary hearing, the court found all three violations in the Petition **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve four (4) months in custody, with no supervision to follow. It is further **ORDERED** that he shall self-report to the United States Marshal's Office in this courthouse on Friday, November 21, 2014, at 12:00 noon to begin his custody sentence.

It is so **ORDERED**.

ENTER this 23rd day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge